1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   THOMAS M. O'CONNELL (NYSBN 1501950)
    DANIEL R. KALEBA (CABN 223789)
5   Assistant United States Attorneys

6     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
7     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
8     E-Mail: thomas.m.oconnell@usdoj.gov
               daniel.kaleba@usdoj.gov
9

10  Attorneys for Plaintiff

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE  DIVISION

14

15  UNITED STATES OF AMERICA,          )   No. CR 11-00558 LHK
                                       )
16                  Plaintiff,         )   STIPULATION AND [PROPOSED]
                                       )   ORDER EXCLUDING TIME
17       v.                            )
                                       )
18  MICHAEL LEON RUELAS and            )
    LORENZO ISRAEL GARCIA,             )
19                                     )
                                       )
20                  Defendants.        )
    _____)
21
    UNITED STATES OF AMERICA,          )   No. CR 11-00559 EJD
22                                     )
                    Plaintiff,         )
23                                     )
         v.                            )
24                                     )
    LORENZO ISRAEL GARCIA,             )
25                                     )
                    Defendant.         )
26  _____)

27  //

28  //

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00560 DLJ |
| Plaintiff, | |
| v. | |
| MICHAEL LEON RUELAS, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00706 DLJ |
| Plaintiff, | |
| v. | |
| MIGUEL ANGEL GONZALEZ and MICHAEL LEON RUELAS, | |
| Defendants. | |

On November 3, 2011, the court ordered the above cases related pursuant to Criminal Local Rule 8-1.  The first case, charging defendants MICHAEL LEON RUELAS (CR 11-00558 LHK) was set for November 16, 2011 before Judge Koh. His co-defendant, LORENZO ISRAEL GARCIA is set for December 7, 2011, also before Judge Koh. The remaining captioned cases are scheduled before Judges Jensen and Davila.

The cases were all put over so that so that the discovery process could be commenced  and defense counsel would have sufficient time to review the materials and confer with their clients.  However, in order to comply with Local Rule 8-1, the cases must be consolidated to the same dates.  Moreover, discovery is still not complete.   The parties therefore hereby stipulate and agree to continue  the matters until December 14, 2011, and to exclusions of time under the Speedy Trial Act, and that said exclusions of time are appropriate based on the defendants' need for effective preparation of counsel.

SO STIPULATED:                          MELINDA HAAG
                                        United States Attorney


DATED: November 16, 2011        _____/s/_____
                                THOMAS M. O'CONNELL
                                Assistant United States Attorney

DATED: November 16, 2011                    _____/s/_____
                                            DIANA WEISS
                                            Counsel for Gonzalez

DATED: November 16, 2011                    _____/s/_____
                                            LARA VINNARD
                                            Counsel for Ruelas

DATED: November 16, 2011                    _____/s/_____
                                            JACK GORDON
                                            Counsel for Gonzalez


        Accordingly, for good cause shown, the Court HEREBY ORDERS that the
above cases are continued until December 14, 2011. The Court further finds that based on the
defendant's need for effective preparation of counsel, the ends of justice served by granting the
requested continuance outweigh the interest of the public and the defendant in a speedy trial.
The failure to grant the requested continuance would deny defense counsel reasonable time
necessary for effective preparation, taking into account the exercise of due diligence, and would
result in a miscarriage of justice. The Court therefore concludes that this exclusion of time
should be made under 18 U.S.C. §§ 3161(h) (7)(B)(iv).


SO ORDERED.


DATED:_____11/17/11_____                    _____
                                            LUCY H. KOH
                                            United States District Judge