1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant RUELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Nos. | CR 11- 00558 - LHK |
|---|---|---|---|
| | ) | | CR 11- 00559 - LHK |
| Plaintiff, | ) | | CR 11- 00560 - LHK |
| | ) | | CR 11- 00706 - LHK |
| vs. | ) | | |
| | ) | JOINT STIPULATION AND REQUEST TO | |
| MICHAEL RUELAS and | ) | CONTINUE SENTENCING HEARING | |
| LORENZO ISRAEL GARCIA, | ) | DATE TO DECEMBER 5, 2012; AND | |
| | ) | [~~PROPOSED~~] ORDER | |
| Defendant. | ) | | |

### **STIPULATION**

Defendant Michael Ruelas, by and through Assistant Federal Public Defender Varell L. Fuller; Lorenzo Israel Garcia, by and through Counsel Jack Gordon; and the United States, by and through Assistant United States Attorney Thomas M. O'Connell, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing presently set for Wednesday, October 17, 2012, at 9:00 a.m., be continued to Wednesday, December 5, 2012, at 9:00 a.m.

Defendants Michael Ruelas and Lorenzo Israel Garcia have pled guilty and a sentencing hearing is presently set for October 17, 2012, as to both defendants. The parties respectfully ask that the sentencing hearing date be continued to help facilitate the completion of the presentence

Stipulation and [~~Proposed~~] Order Continuing
Hearing                                                1

1  report investigation and to permit the parties additional time necessary to effectively prepare for

2  the sentencing hearing.  United States Probation Officer Benjamin Flores, who has been assigned

3  to conduct the presentence investigation, has been consulted about the requested continuance and

4  has no objection. The parties further agree that the deadlines by which the United States

5  Probation Office must disclose the draft and final pre-sentence reports shall be adjusted

6  according to the new December 5, 2012, sentencing date.

7

8  Dated:  October 1, 2012

_____/s/_____
9  
VARELL L. FULLER
Assistant Federal Public Defender
10  Counsel for Michael Ruelas

Dates: October 1, 2012
_____/s/_____
11  
JACK GORDON
12  Counsel for Lorenzo Israel Garcia

13  Dated  October 1, 2012        _____/s/_____
THOMAS M. O' CONNELL
14  Assistant United States Attorney
//
15  //

### [PROPOSED] ORDER

16

17  GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that

the sentencing hearing date set for Wednesday, October 17, 2012, at 9:00 a.m. is continued to
18
Wednesday, December 5, 2012, at 9:00 a.m., and the dates by which United States Probation
19
must disclose the draft and final pre-sentence reports shall be adjusted accordingly.
20

21
Dated:   10/2/12
22  *(signature: Lucy H. Koh)*
THE HONORABLE LUCY H. KOH
United States District Court Judge
23

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing                                                             2