JACK GORDON; SBN 169380
1885 The Alameda, Suite 214
San Jose, CA 95126
Tel. (408)286-1351

Attorney for Defendant,
Lorenzo Garcia

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LORENZO SRAEL GARCIA, and
MICHAEL LEON RUELAS

Defendants.

_____/

No. CR-11-00558-LHK
CR-11-00559-LHK
CR-11-00560-LHK
CR-11-00706-LHK

STIPULATION TO CONTINUE
AND EXCLUDE TIME
PROPOSED ORDER

THE ABOVE LISTED PARTIES STIPULATE AS FOLLOW:

Defendants Garcia and Ruelas are scheduled to be sentenced before the Honorable Lucy H. Koh on 2/13/13 at 9:00 a.m. The parties require a continuance to allow for the completion of the U.S. Probation pre-sentencing report. After communications with the parties and the United States Probation Officer preparing the reports it appears that March 27, 2013 would be an appropriate date for sentencing.

1

1

2        The parties respectfully request that the Court continue

3   defendants' sentencing from February 13, 2013 to March 27, 2013

4   9:00 a.m.

5   IT IS SO STIPULATED

6                                                /s/

7   Dated: 2/1/13                    _____

8                                    Jack Gordon
                                     Attorney for Def. Garcia
9                                                /s/

10  Dated: 2/1/13                    _____

11                                   Thomas O'Connell
                                     Assistant U.S. Attorney
12  Dated: 2/1/13                        /s/
                                     Varrell Fuller
13                                   Attorney for Def. Smith

14

15                       [~~PROPOSED~~] ORDER

16       Having considered the stipulation of the parties, and good

17  cause appearing, the Court orders that the sentencing hearing for

18  defendants Lorenzo Garcia and Michael Ruelas be continued from

19  February 13, 2013 to March 27, 2013 at 9:00 a.m. and that the

20  intervening time be excluded under the Speedy Trial Act.

21

22  IT IS SO ORDERED.

23  DATED: 2/04/13                   _Lucy H. Koh_
                                     The Honorable Lucy Koh
24                                   District Court Judge

25

26

27

28
                                     2